October 22, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

YOBY FRIEBIG, Appellant

NO. 14-12-01166-CV                    V.

THOMAS FIEBIG, Appellee

_____

       This cause, an appeal from the judgment in favor of appellee, Thomas Fiebig, signed October 15, 2012, was heard on the transcript of the record. We have inspected the record and find error in the judgment. Because Christopher Trusky d/b/a Land Survey Co. has not appealed, we order that portion of the judgment of the court below against him **AFFIRMED**. We further order that portion of the judgment of the court below against Yoby Fiebig **REVERSED** and ordered severed and **REMANDED** for proceedings in accordance with this court's opinion.

       We further order that all costs incurred by reason of this appeal be paid by appellee, Thomas Fiebig.

       We further order this decision certified below for observance.